WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patagonia Area Resource Alliance, et al., <br> Plaintiffs, <br> v. <br> United States Forest Service, et al., <br> Defendants. | No. CV-23-00280-TUC-JGZ <br><br> **ORDER** |

Pending before the Court are Arizona Standard, LLC's Motion to Intervene (Doc. 17) and South32 Hermosa Inc.'s Motion to Intervene (Doc. 18). Neither motion is opposed. (Docs. 17 at 2; 18 at 2.) Intervention is warranted because Arizona Standard and South32 claim an interest relating to the property or transaction that is the subject of this action, and they are so situated that disposing of this action may, as a practical matter, impair their ability to protect their interests. *See* Fed. R. Civ. P. 24(a)(2). The Court will therefore grant their motions to intervene.

**IT IS ORDERED** that Arizona Standard's Motion to Intervene (Doc. 17) and South32's Motion to Intervene (Doc. 18) are **granted**. Arizona Standard and South32 shall file their respective answers by **July 13, 2023**.

Dated this 11th day of July, 2023.

Honorable Jennifer G. Zipps
United States District Judge