**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patagonia Area Resource Alliance, et al., | No. CV-23-00280-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Forest Service, et al., | |
| Defendants. | |

Pending before the Court is the Town of Patagonia's Motion for Leave to File Amicus Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction and to Participate as Amicus Curiae. (Doc. 35.) The Town of Patagonia wants to represent the environmental and economic interests of its residents and ensure the continued safety and adequacy of its water supply. (*Id.* at 2.) According to the Town, the proposed drilling operations at issue in this case are within its Municipal Supply Watershed. (*Id.*) Plaintiffs have consented to the Town's Motion. (*Id.*) Federal Defendants and South32 Hermosa Inc. take no position. (*Id.*) At the time of filing, no response was received from Arizona Standard LLC. (*Id.*)

District courts have broad discretion to appoint amici curiae. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). Generally, an individual seeking to appear as amicus need only make a showing that her participation would be useful or otherwise desirable to the court. *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991). The Town has made such a

showing here.

Accordingly, **IT IS ORDERED** that the Town of Patagonia's Motion (Doc. 35) is **granted**. The Town of Patagonia may file its Amicus Memorandum.

Dated this 24th day of July, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge