IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patagonia Area Resource Alliance, et al., | No. CV-23-00280-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Forest Service, et al., | |
| Defendants. | |

Having considered the parties' Joint Motion for Leave to Submit Appendix of Cited Documents from Administrative Record (Doc. 139), and good cause appearing,

**IT IS ORDERED** that the parties' Joint Motion (Doc. 139) is **granted.** Plaintiffs may submit an appendix of administrative record documents cited in the parties' summary judgment briefing in this case within 30 days of the date of this order.

Dated this 15th day of May, 2026.

_____

Jennifer G. Zipps

Chief United States District Judge